# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Hystad Ceynar Mineral, LLC, on behalf of itself and a class of similarly situated persons,<br><br>        Plaintiff,<br><br>vs.<br><br>XTO Energy, Inc.,<br><br>        Defendant. | **ORDER OF DISMISSAL**<br><br>Case No. 1:23-cv-030 |

Before the Court is a stipulation of dismissal signed by all parties filed on September 5, 2025. See Doc. No. 55. The Court **ADOPTS** the stipulation in its entirety (Doc. No. 55) and **ORDERS** the action be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 8th day of September, 2025.

                                                    */s/ Daniel L. Hovland*
                                                    Daniel L. Hovland, District Judge
                                                    United States District Court